The People of the State of Illinois, Defendant in Error, v. Napoleon T. Garrett, Jr., Plaintiff in Error.

Gen. No. 63–M–12.

Fourth District.
September 24, 1963.

C. Robert Hall, of Cairo, for plaintiff in error; M. P. O'Shea, of Cairo, for defendant in error. Opinion by PRESIDING JUSTICE CULBERTSON. Not to be published in full.